No. 42996.—Protest 993775–G of Frank P. Dow Co., Inc. (San Francisco).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 42997.—Protest 992924–G of H. P. McGregor Co. (Baltimore).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 42998.—Protests 999858–G, etc., of Stuart Lumber & Export Corp. et al (New York).

Opinion by KEEFE, J. On the record presented the protests were overruled.

No. 42999.—Protest 973103–G of Frank Mahr (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, JANUARY 12, 1940

No. 43000.—Protests 971041–G, etc., of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of sirens the same as those the subject of Abstract 40480. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 43001.—Protest 971308–G of Wm. Shaland (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of novelties in chief value of fur similar to those the subject of Abstract 41823. The claim at 50 percent under paragraph 1519 (e) was therefore sustained.

No. 43002.—Protests 977396–G, etc., of S. S Kresge Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37636 the wooden cabinets in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.